UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Cause No. 1:13-cr- |
| SANDRA M. BAKER, | ) 1:13-cr-0231 SEB-TAB |
| Defendant. | ) ) |

### INFORMATION

### Count 1 – Theft of Public Money
### (18 U.S.C. § 641)

The United States Attorney charges that:

Beginning in or around July 2010, and continuing without interruption until in or around August 2013, in Indianapolis, Indiana within the Southern District of Indiana, the defendant,

SANDRA M. BAKER,

did knowingly convert to her own use money belonging to the United States Social Security Administration, a department or agency of the United States, namely, BAKER knowingly received and withdrew Social Security payments issued to her mother after her June 2010 death, which payments were direct deposited by the Social Security Administration into a joint bank account held in the names of BAKER and her mother during her lifetime, and continuing after her mother's death, and as a result of this conduct, BAKER obtained, and used for her personal

1

benefit approximately $45,890.15 in Social Security Administration funds issued to her deceased mother.

All in violation of of Title 18, United States Code, Section 641.

*[signature]*
JOSEPH H. HOGSETT
United States Attorney

STATE OF INDIANA      )
                     ) SS:
COUNTY OF MARION     )

Zachary A. Myers, being first duly sworn, upon his oath deposes and says that he is an Assistant United States Attorney in and for the Southern District of Indiana, that he makes this affidavit for and on behalf of the United States of America and that the allegations in the foregoing Information are true as he is informed and verily believes.

*[signature]*
Zachary A. Myers
Assistant United States Attorney

Subscribed and sworn to before me, a notary public, on this 14th day of November 2013.

Guey Jen Yang
Guey Jen Yang
Notary Public

My Commission Expires:
June 27, 2014
My County of Residence:
Hendricks County

2