AO 455 (Rev. 01/09) Waiver of an Indictment

FILED
DEC 02 2013
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 1:13-cr- 0221 SEB -TAB |
| | ) | |
| SANDRA M. BAKER | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 12-2-13

*Sandra Baker*
Defendant's signature

*[signature]*
Signature of defendant's attorney

William H. Dazey, Jr.
*Printed name of defendant's attorney*

*[signature]*
Judge's signature

Debra McVicker Lynch, U.S. Magistrate Judge
*Judge's printed name and title*