UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 1:13-cr-231-01 SEB-TAB |
| vs. ) | |
| ) | |
| SANDRA M. BAKER, ) | |
| ) | |
| Defendant. ) | |

The Honorable Sarah Evans Barker, Judge
Entry for January 27, 2014

This cause is set for a hearing on Defendant's petition to enter a guilty plea and sentencing on Thursday, March 13, 2014, at 2:00 p.m. in Room 216 of the United States Courthouse in Indianapolis, Indiana.

Defendant shall appear for sentencing prepared to tender the amount of the special assessment required by statute.

Copies to:

William H. Dazey Jr.
INDIANA FEDERAL COMMUNITY DEFENDERS
bill.dazey@fd.org

Zachary A. Myers
UNITED STATES ATTORNEY'S OFFICE
zachary.myers@usdoj.gov

USPO – Attn: Angie Smith