UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

2013 NOV 15 AM 10: 18

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 1:13-CR- |
| ) | **1:13-cr-0231 SEB-TAB** |
| SANDRA M. BAKER, ) | |
| ) | |
| Defendant. ) | |

## STIPULATED FACTUAL BASIS

The United States of America, by counsel, Joseph H. Hogsett, United States Attorney for the Southern District of Indiana, and Zachary A. Myers, Assistant United States Attorney, and the Defendant, SANDRA M. BAKER, in person and by counsel, William H. Dazey, hereby file this stipulated factual basis in support of the Defendant's plea of guilty:

### The Defendant's Conduct

The United States Social Security Administration is a department or agency of the United States that pays Social Security benefits to eligible beneficiaries. The Defendant's mother was receiving Social Security widow's benefits at the time of her death on June 1, 2010. The payments were direct deposited into a bank account jointly held by the Defendant and her mother. The Defendant was not entitled to receive her deceased mother's benefits on her behalf.

From July, 2010, until August, 2013, in Indianapolis, Indiana, in the Southern District of Indiana, the Defendant converted to her personal benefit approximately $45,890.13 [handwritten: $47,193. (SEB)] in Social Security benefits issued to her deceased mother. The Defendant knowingly converted this money from the Social Security Administration with the intent to deprive the Social Security Administration of the use or benefit of the money.

1

Respectfully submitted,

JOSEPH H. HOGSETT
UNITED STATES ATTORNEY

11/19/13
DATE

*[signature]*
Zachary A. Myers
Assistant United States Attorney

11-13-13
DATE

*[signature]*
SANDRA M. BAKER
Defendant

11-13-13
DATE

*[signature]*
William H. Dazey
Attorney for Defendant

2